IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| VITA M. FORGIONE | : | CHAPTER 13 |
| Debtor | : | CASE NO. 5-18-02460-JJT |

## DEBTOR'S ANSWER TO THE MOTION OF
## FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362

Debtor, Vita M. Forgione, through her undersigned counsel, hereby responds to the Motion for Relief from the Automatic Stay filed by Reverse Mortgage Solutions, Inc. as follows:

1. Admitted.

2. Denied. Strict proof of the averments are required at the time of trial.

3. Denied. Strict proof of the averments are required at the time of trial.

4. Denied. Strict proof of the averments are required at the time of trial.

5. Denied. Strict proof of the averments are required at the time of trial.

6. Denied. Strict proof of the averments are required at the time of trial.

7. Denied. Strict proof of the averments are required at the time of trial.

8. Denied. Strict proof of the averments are required at the time of trial.

9. Denied. Strict proof of the averments are required at the time of trial.

10. Denied. Strict proof of the averments are required at the time of trial.

11. Denied. Strict proof of the averments are required at the time of trial.

12. Denied. Strict proof of the averments are required at the time of trial.

13. Denied. Strict proof of the averments are required at the time of trial.

14. Denied. Strict proof of the averments are required at the time of trial.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court enter an Order denying the Relief requested by Reverse Mortgage Solutions, Inc. and for such other and further relief is just and appropriate.

Respectfully submitted,

**CONWAY LAW OFFICES, P. C.**

/s/ Mark J. Conway
MARK J. CONWAY (ID #59114)
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

Attorney for Debtor

DATED: December 20, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | **:** | **CHAPTER 13** |
| **VITA M. FORGIONE** | **:** | |
| Debtor | **:** | **CASE NO. 5-18-02460-JJT** |

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that I caused a true and correct copy of the foregoing Answer to the Motion for Relief From Automatic Stay Under §362 to be served via e-mail to the following:

Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com

Kevin M. Buttery, Esquire
Robertson, Anschutz & Schneid, P.I.
6409 Congress Avenue, Ste. 100
Boca Raton, FL 33487
kbuttery@rascrane.com

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta
Amy L. Marta, Paralegal
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: December 20, 2018