IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::
                                          :     CHAPTER 13
**VITA M. FORGIONE**                      :
      Debtor :     CASE NO. 5-18-02460-JJT
::::::::::::::::::::::::::::::::::::::::::::::::::::

## DEBTOR'S ANSWER TO THE MOTION OF
## FOR RELIEF FROM THE AUTOMATIC STAY UNDER §362

Debtor, Vita M. Forgione, through her undersigned counsel, hereby responds to the Motion for Relief from the Automatic Stay filed by Toyota Lease Trust as follows:

1. Admitted.

2. Denied. Strict proof of the averments are required at the time of trial.

3. Denied. Strict proof of the averments are required at the time of trial.

4. Denied. Strict proof of the averments are required at the time of trial.

5. Denied. Strict proof of the averments are required at the time of trial.

6. Denied. Strict proof of the averments are required at the time of trial.

7. Denied. Strict proof of the averments are required at the time of trial.

8. Denied. Strict proof of the averments are required at the time of trial.

9. Denied. Strict proof of the averments are required at the time of trial.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court enter an Order denying the Relief requested by Toyota Lease Trust and for such other and further relief is just and appropriate.

> Respectfully submitted,
>
> **CONWAY LAW OFFICES, P. C.**
>
> /s/ Mark J. Conway
> MARK J. CONWAY (ID #59114)
> 502 S. Blakely Street
> Dunmore, PA 18512
> Phone (570) 343-5350
> Fax (570) 343-5377
>
> Attorney for Debtor

DATED: December 24, 2018

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

::::::::::::::::::::::::::::::::::::::::::::::::::
                                             :        **CHAPTER 13**
**VITA M. FORGIONE**          :
      **Debtor**           :        **CASE NO. 5-18-02460-JJT**
::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that I caused a true and correct copy of the foregoing Answer to the Motion for Relief From Automatic Stay Under §362 to be served via e-mail to the following:

Charles J. DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**dehartstaff@pamd13trustee.com**

James C. Warmbrodt, Esquire
KML Law Group
701 Market Street, Ste. 5000
Philadelphia, PA 19106-1532
**jwarmbrodt@kmllawgroup.com**

                                                          **CONWAY LAW OFFICES, P.C.**

                                                          /s/ Amy L. Marta
                                                          Amy L. Marta, Paralegal
                                                          502 S. Blakely Street
                                                          Dunmore, PA 18512
                                                          Phone (570) 343-5350
                                                          Fax (570) 343-5377

DATED: December 24, 2018