```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                  Case No. 18-02460-RNO
Vita M Forgione                                                         Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: PRadginsk          Page 1 of 1         Date Rcvd: May 08, 2019
                             Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
          +Peter J. Forgione,    801 Brenda Lane,    Dunmore, PA 18512-2070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin    Buttery    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kbuttery@rascrane.com
              Lauren Berschler Karl    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC.
               lkarl@rascrane.com
              Mark J. Conway    on behalf of Debtor 1 Vita M Forgione info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Vita M. Forgione | | CHAPTER 13 |
| _Debtor_ | | |
| Toyota Lease Trust | _Movant_ | |
| vs. | | NO. 18-02460 RNO |
| Vita M. Forgione | | |
| _Debtor_ | | |
| Peter J. Forgione | | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III Esq. | _Trustee_ | |

## **AMENDED ORDER**

The stipulation ( docket 60)  is hereby Approved .

Dated:   May 6, 2019         By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (RR)