# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    VITA M FORGIONE            CHAPTER 13

      Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant                                        CASE NO: 5-18-02460-RNO

VITA M FORGIONE

      Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on September 25, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of September 25, 2019, the Debtor(s) is/are $1403.84 in arrears with a plan payment having last been made on Aug 26, 2019

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                            Respectfully Submitted,
                                                             /s/ Liz Joyce
                                                             for Charles J. DeHart, III, Trustee
                                                             8125 Adams Drive, Suite A
                                                             Hummelstown, PA 17036
                                                             Phone: (717) 566-6097

Dated: September 25, 2019

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: VITA M FORGIONE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

CASE NO: 5-18-02460-RNO

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 25, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| MARK J. CONWAY, ESQUIRE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512- | SERVED ELECTRONICALLY |
| VITA M FORGIONE<br>801 BRENDA LANE<br>DUNMORE, PA 18512 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2019

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com