```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania

In re:                                                     Case No. 18-02460-RNO
Vita M Forgione                                            Chapter 13
         Debtor                 CERTIFICATE OF NOTICE

District/off: 0314-5          User: DGeorge        Page 1 of 2      Date Rcvd: Sep 25, 2019
                              Form ID: pdf010      Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2019.
```
db              +Vita M Forgione,     801 Brenda Lane,    Dunmore, PA 18512-2070
5071363          American Express,    PO Box 1270,    Newark, NJ 07101-1270
5080871          American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern  PA 19355-0701
5071365         +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
5095048          Directv, LLC,    by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5071367          Fidelity Deposit & Discount Bank,    Blakely and Drinker Streets,    Dunmore, PA 18512
5071369         +John Petorak, Esq.,    321 Spruce Street, Ste. 201,    Scranton, PA 18503-1442
5071370         +KML Law Group, P.C.,    701 Market Street, Ste. 5000,    Mellon Independence Center,
                   Philadelphia, PA 19106-1541
5071371         +Paul Walker, Esq.,    204 Wyoming Avenue,    Scranton, PA 18503-1412
5071372          Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
5071373        #+Pressler & Pressler, LLP,    508 Prudential Rd., Ste. 200-B,    Horsham, PA 19044-2309
5074471         +REVERSE MORTGAGE SOLUTIONS, INC.,    Robertson, Anschutz & Schneid, P.L.,
                   6409 Congress Avenue Suite 100,    Boca Raton FL 33487-2853
5071374         +Reverse Mortgage Solutions, Inc.,    14405 Walters Road, Ste 200,    Houston, TX 77014-1345
5087351         +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5071364         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 25 2019 19:13:12      Capital One,
                   PO Box 30281,    Salt Lake City, UT 84130-0281
5072901         +E-mail/Text: bankruptcy@cavps.com Sep 25 2019 19:09:04      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5071366          E-mail/Text: mrdiscen@discover.com Sep 25 2019 19:08:54      Discover,    PO Box 6103,
                   Carol Stream, IL 60197-6103
5074254          E-mail/Text: mrdiscen@discover.com Sep 25 2019 19:08:54      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5071368          E-mail/Text: cio.bncmail@irs.gov Sep 25 2019 19:08:57      Internal Revenue Service,
                   PO Box 21126,    Philadelphia, PA 19114-0326
5083686          E-mail/PDF: cbp@onemainfinancial.com Sep 25 2019 19:13:13      ONEMAIN,    PO BOX 3251,
                   EVANSVILLE, IN. 47731-3251
5080206         +E-mail/Text: csc.bankruptcy@amwater.com Sep 25 2019 19:09:08      Pennsylvania American Water,
                   PO Box 578,    Alton, IL 62002-0578
5071375         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 25 2019 19:08:52
                   Verizon,    500 Technology Drive, Ste. 300,    Saint Charles, MO 63304-2225
5094921          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2019 19:13:14      Verizon,
                   by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                         TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +REVERSE MORTGAGE SOLUTIONS, INC.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
          Ashlee Crane Fogle    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          Kevin  Buttery    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC. kbuttery@rascrane.com
          Lauren Berschler Karl    on behalf of Creditor    REVERSE MORTGAGE SOLUTIONS, INC.
           lkarl@rascrane.com
          Mark J. Conway    on behalf of Debtor 1 Vita M Forgione info@mjconwaylaw.com,
           connie@mjconwaylaw.com;mjc@mjconwaylaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Vita M Forgione**

|  |  |
|---|---|
| | **Chapter:** 13 |
| **Debtor 1** | **Case No.:** 5:18-bk-02460-RNO |

**Charles J. DeHart, III, Trustee**

vs.                    **Movant(s)**

**Vita M Forgione**

**Respondent(s)**

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: September 25, 2019

By the Court,

_Robert N. Opel II_ (signature)
_____

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Order Dismissing Case with Parties - Revised 9/17